1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRANK FISHER, a single man,

                    Plaintiff,

            v.

J. BYRON HOLCOMB and JANE DOE
HOLCOMB, a marital community,

                    Defendants.

CASE NO. C10-5510BHS

ORDER DENYING
DEFENDANTS' MOTION TO
SUSPEND PROCEEDINGS

        This matter comes before the Court on Defendants' (collectively "Holcomb")

motion to suspend proceedings. Dkt. 2. The Court has considered the pleadings filed in

support of and in opposition to the motion and the remainder of the file and hereby denies

the motion for the reasons discussed herein.

        Holcomb moves the court to suspend proceedings in this matter until September

13, 2010. Dkt. 2 at 3. The basis for his motion is to provide time to recover from knee

surgery, which was to take place on August 3, 2010, and to be able to attend a family

reunion in early September. *See* generally Dkt. 2. Fisher opposes this motion. Dkt. 7.

        From review of the briefing and the record, the Court concludes that Holcomb has

not shown good cause to suspend his case until mid-September. The Court expects that

ORDER - 1

Holcomb will meet the briefing schedule for Fisher's motion to remand, which is ripe for consideration on August, 27, 2010. *See* Dkt. 10.

Therefore, it is hereby **ORDERED** that Holcomb's motion to suspend proceedings (Dkt. 2) is **DENIED** for the reasons discussed herein.

DATED this 9th day of August, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2