# United States District Court

WESTERN DISTRICT OF WASHINGTON

FRANK FISHER

v.

J. BYRON HOLCOMB, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5510BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **GRANTS** Fisher's motion for fees and costs (Dkt. 34). The Clerk **SHALL PREPARE AND ENTER JUDGMENT** in favor of Fisher in the total amount of $15,344.19 against J. Byron Holcomb and Jane Doe Holcomb, husband and wife, to bear interest at the post judgment statutory rate.

| December 20, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk